IN THE MATTER OF THE REVOCATION OF THE LICENSE OF IRWIN JACOB POLK, M.D., LICENSE NO. 14816 TO PRACTICE MEDICINE AND SURGERY IN THE STATE OF NEW JERSEY.

June 10, 1981.

Petition for certification granted.   (See 178 *N.J.Super.* 191)

STATE OF NEW JERSEY v. VINCENT J. ACCARDI.

June 10, 1981.

Petition for certification denied.

JOSEPHINE COPPOLA v. STATE OF NEW JERSEY.

June 10, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. JUDITH COLLINS.

June 10, 1981.

Petition for certification denied.